UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | 13 CR 737 |
| v. | ) | Honorable Robert W. Gettleman |
| | ) | |
| JAMESON HAMLIN, | ) | |
|     Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF HOME DETENTION TO OBTAIN IDENTIFICATION DOCUMENTS

NOW COMES, Defendant JAMESON HAMLIN by and through his attorney, QUINN A. MICHAELIS, and respectfully requests this Court for an order allowing Mr. Hamlin to travel to and from the nearest Secretary of State facility to obtain a State of Illinois Identification Card. In support of this motion, Mr. Hamlin states as follows;

1. The Court granted Mr. Hamlin's Motion for Compassionate Release and imposed a 6-month term of home confinement with movement only for doctor's appointments and legal visits/court hearings.

2. Mr. Hamlin returned to his home on February 13, 2021, and has quarantined for 14 days.

3. Mr. Hamlin has two upcoming doctors appointments scheduled for March 8, 2021 and March 15, 2021. Mr. Hamlin will need to show identification at the appointments in order to use his wife's insurance to cover these appointments.

4. Mr. Hamlin currently does not have valid, unexpired identification his probation officer has advised Mr. Hamlin to requests approval from the Court

    to travel to the nearest Secretary of State facility to obtain a State identification card.

5. The government has been contacted regarding this motion and has indicated that they do not object to the proposed modification of the conditions of home detention.

WHEREFORE, JAMESON HAMLIN, by and through his attorney, QUINN A. MICHAELIS, respectfully requests this Court for an order allowing Mr. Hamlin to travel to and from the nearest Secretary of State facility to obtain a valid identification card.


Respectfully Submitted,

s/ Quinn A. Michaelis
Quinn A. Michaelis
Attorney for JAMESON HAMLIN
73 W. Monroe, Suite 106
Chicago, IL 60603
312-714-6920

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I electronically filed the above

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF HOME DETENTION TO OBTAIN IDENTIFICATION DOCUMENTS**

with the Clerk of Court using the CM/ECF system to all listed parties in the case.

Respectfully Submitted on March 2, 2021.

By His Attorney,

s/ Quinn A. Michaelis

Quinn A. Michaelis
Attorney For JAMESON HAMLIN
73 W. Monroe, Suite 106
Chicago, Illinois 60603
312-714-6920